Good afternoon, ladies and gentlemen. Judge Nelson, Judge Wardlaw and I are very pleased to welcome you here to a special session of the Ninth Circuit Court of Appeals at UCLA. We want to thank Dean Schill and the law school for hosting us and the students for attending. This room brings back memories for all of us. For me in particular, this is where I had my first round of the pound competition, moot court competition. First round only because I was eliminated in that round, but it was glorious, I can assure you. As the Dean has said, we will hear two cases. We'll hear the first case and then we'll take brief recess for people to come and go and then we'll continue with the second case. First case on the calendar is Merrill Lynch v. Arelma, Inc. Counsel, ready? You may proceed. Thank you, Your Honor. May it please the Court. I'm Charles Rothfeld representing the Philippine National Bank and Arelma, Inc. This case has a very long and complex procedural history, but the two errors that were committed by the district court that are presented on this appeal are straightforward and in our view obvious. The court was obligated to provide a meaningful and intelligible accounting of the treatment of assets that were held in the court's registry for a period of years. Counsel, let me just ask, what to you would be an adequate accounting? If instead you asked for great details, where the numbers came from, why, and so forth, let's suppose we landed the case and the judge simply put reasonable numbers with the accounting that he's already done. Would that be adequate as far as you're concerned? Well, I think that there is a fairly standard understanding, a black letter understanding of what fiduciaries have to provide when they offer an accounting, and that requires at a minimum, insofar as it's relevant here, a description that is intelligible and transparent. Counsel, didn't Judge Rill provide that in his oral comments at the status conference after the judgment? I think that he did not, Your Honor, for a number of reasons. First, just to take a short step back, he initially provided a hidden account summary, a half-page account summary that's reproduced in the excerpts of record at page 35, which in our views is entirely unintelligible. It does not include a beginning account balance. It has lists of aggregate purchases and sales of securities that don't have dates, don't identify any individual transaction. It reflects a disbursement of $5 million from the Arelma account without indicating what the disbursement was for, who it went to. And it has a concluding figure that there is no evident relationship at all to any of the other figures that appear on the document. Now, to answer your question, Judge Warren, I do not think that what Judge Rill provided comes remotely close to satisfying what's required here. He was clearly trying to talk to us. He said, I'm going to provide this for the benefit of the court of appeals. It was quite an unusual statement. Two months after final judgment had been entered, he took to the bench and recited what he said was the treatment of the account validly to affect this Court's handling of the appeal. Whether or not that's a proper thing for him to have done is another question. But just looking at the figures that he provided, he also offers no detail about any individual transaction at all. He doesn't identify securities that were purchased or sold. He doesn't identify dates of any such transaction. Can I... Part of the problem is I'm not sure I understand how this whole process works. Judge Rill didn't have this money in his chambers, right? It was being held by the clerk of the court. It was being held by the clerk of the court. So I just want to make sure I understand the mechanics of this. So the money gets paid by your client over to the court. It's an interpreter, right? It was paid, not by me, by Merrill Lynch, which was the interpreter. I'm sorry, I thought... No, I represent the Philippine National Bank. Merrill Lynch, the interpreter. Who's going to give the money back or has gotten the money back. Anyway, so they pay the money over to the court, to the clerk of the court. And the clerk of the court sets up an account to handle the money and securities, right? Well, from our perspective, this is a bit of a black box, Your Honor, because we don't really know what happened. I can only report what Judge Rill said in his final post-judgment statement. And he said the assets came into his registry. They were evidently handled by the clerk. So far as Judge Rill explains... Insofar as you know, once the money is in this custody of the clerk, how do transactions concerning that account get authorized? For example, if there needs to be a withdrawal or a transfer of funds, or let's say I notice that at some point the securities were liquidated, or they purport to be liquidated. Who makes that decision and how does that get effected? I would think that ordinarily that would be made by the clerk of the court in his or her management of the account. To what extent Judge Rill was involved, we simply don't know. He did indicate at one point... Have you asked the clerk of courts for an account? Through Judge Rill we did. The answer is no. If the clerk is in custody of this money, why didn't... Let me not ask any why questions. The fact is you did not ask the clerk of court, the custodian of the money, to say, here, show me the accounting records. The clerk's office gets audited regularly by the administrative office of the United States courts. Regular auditors come from Washington to make sure that the accounts are properly handled. People don't walk off with money. All sorts of things can happen when large sums of money are handled. And there are regular audits. I don't know specifically whether there was an audit during this period for the District of Hawaii, but I would be surprised if there hadn't been. You haven't tried to obtain those records. My understanding is that we were informed by the clerk in the District of Hawaii that communication should be conducted through Judge Rill. And that is what we attempted to do by asking Judge Rill. I'm not blaming you. I'm just trying to find out what you did, in fact, do and did not do. You did not ask the clerk for accounting. You did not seek accounting or accounting records from the administrative office of the United States courts concerning this account. We did not through the administrative office. As I say, we approached the clerk and was told that all should be handled through Judge Rill. So where is the money now? Where are the assets now? Have they been returned to Merrill Lynch? Well, this is part of the problem. Actually, there are two sets of assets. One of the things that happened after the money was paid into the registry of the court, which was more than eight years ago, it had been there for four years, Judge Rill directed that the Arelmo account be commingled with a separate account being maintained also in the registry of the District of Hawaii. But there was a stipulation that that should happen, was there not? There wasn't. We were not objecting to that having happened, but I simply observed that that did happen. The stipulation reads that by the judgment and so forth, the $35 million in cash insecurities were awarded to Pimentel, the class of Filipino human rights victims, directed the funds be transferred to the fund in the clerk's office established in Ray, Monaco, et cetera, and Action Penny in the District of Hawaii for further distribution in that case. It seems to imply to me, then, that it was to be invested for the benefit of Pimentel. I think that that was clearly not the understanding of the court. I think that the plain language of the stipulation says that it is to be held in the court. But you didn't answer my question about where is it now. Can you just answer and tell me who has the funds now? Well, some of the funds have been returned to Merrill Lynch. The question is whether or not funds have been retained in the account. Why don't you answer? Your answer is not a straightforward answer. What you're saying is that the reason some of the funds are still there is because you think not all of them have because there hasn't been a proper accounting, right? You think there's obviously interest and other things that you think should be in the pot that Merrill Lynch holds. That's right. Put that aside. Was the money that was ordered to be given to Merrill Lynch given to Merrill Lynch? Yes, and I'm not trying to evade your question. That is correct. The money that was ordered to be sent back to Merrill Lynch has been returned. It is now in New York. And the other half of Judge Wardle's question, the money that you think might have been retained is where? So far as we know, is in the registry of the Hawaii court. But we have no information about that. There's no thought that it's been dissipated or anything of that sort. It's still wherever it was. It's still wherever it was. That's right. So it wasn't paid out to the class plaintiffs? Not so far as we know. Mr. Swift may have more information about that. Do we know for sure that it exists? We probably don't know for sure that there's all this extra money, possibly some interest, until we have an accounting. Is that part of your argument? That is exactly right. We have no idea whether there may be a completely benign explanation for all this. Maybe you got too much.  But until there is a proper accounting that actually kind of separates out these commingled funds and tries to figure out interest earned on one fund rather than the other, God, we went to the right place. We simply have no idea. And I think it should be simply impermissible that there is a question about the treatment of funds that were held in the registry of the court of the United States. If this were a private fiduciary who were holding assets of this kind and produced an accounting of the sort that is produced here,     But if it were a private fiduciary that were holding assets, you would get both the written account summary and the oral statement by Judge Reel. It clearly would be inadequate. It provides none of the necessary detail, explanatory support. I'm sorry? One more question about this. This written accounting that you got, the one page, do you know who physically prepared that? We do not. How did you actually get it? It was released by Judge Reel. He had said that he would have the clerk prepare an accounting, and he then reported that this was the accounting prepared by the clerk. So he speculated it was prepared by the clerk, but we actually have no direct, we have no direct information on that. How did you physically get it? Did he hand it down from the benching? I mean, how did you actually physically get it? I can't answer that question. I was not in Hawaii when it happened, but it was produced by Judge Reel and released by him. There was a hearing? There was a hearing. And Judge Reel was physically in Hawaii for the hearing? This is correct. You didn't have a telephone hearing or anything like that? There was a minute order that was entered in October of 2008, which reflected that the clerk had produced this accounting, and this document was then released after that. I do not know that there was an actual hearing in Judge Reel's courtroom in Hawaii at which the document was produced. I said the submitted order was by Leslie Sy, courtroom manager. I want to go back just again. What would you consider an adequate accounting? It was interesting to me that opposing counsel agreed with you that the accounting was inadequate. If we were to be mandated, I'd like you to tell me what we should put in our order, assuming I'm not saying that we are, that would give you the accounting that you think is called for. I think that there is direction that's provided by this Court's opinion in Otto v. Niles, which we cite in the Restatement of Trust, as to what goes into standard accounting. And I think that in this context, it would require an indication of the individual transactions that are significant to the account that occurred, beginning and ending balances, purchases and sales securities, identifying when they took place, and particularly because the accounts here were commingled, an indication of what came in from one account rather than the other, what came out to one account rather than the other, where interest earned on these two accounts were separated. And I think it's important to understand where the interest comes from, how much interest is owing to the class account, how much interest should be owing to the Aroma account. Why would the parties agree to commingle the accounts with the settlement fund if it was not to benefit the Pimentel class? If I can answer that question and then reserve the balance of my time, Your Honor. I have another question. Okay. I'm here to answer the question. I think what happened, Judge Rehut had issued an order on the merits for the class, and as part of his order had directed that the accounts, Aroma account be paid into the class account. The Philippine National Bank and the Republic of the Philippines were prepared to try to seek a stay of that order, both from Judge Rehut if he didn't write it from this court. And to avoid that kind of litigation, and that's that motion's practice, it was acceptable to both parties that the assets simply be held in one account. It was never contemplated, either by the Philippine National Bank or so far as I know by the Republic of the Philippines, that they were surrendering their interest for some period of years in this account, that the interpleader would vanish and then somehow reconstitute itself after the successful challenge of Judge Rehut's order. I think it is preposterous to think that the PNB or the Republic of the Philippines would have said we are going to surrender a portion of this property, which they had been litigating over ferociously for years before Judge Rehut and continue to litigate over before this court and ultimately the Supreme Court. So I think it was simply a housekeeping matter. So my – I guess I have two questions. The first one has to do with the Supreme Court decision. They make reference to Philippines legal proceedings taking place in a special court for corruption, and Justice Stevens actually had an interesting dissent in there talking about how he thought the case should be resolved in view of the fact that it's possible that that court could resolve the ownership of the funds. Has that happened? It is on track. The Senda Gambayan, which is the trial level anti-corruption court, has issued its judgment holding that the funds belong to the Republic of the Philippines. So the trial court ruled it belongs to the Republic, which is nobody who is in front of us. That is correct. And that has been appealed, I understand, just recently by the Marcos Estate to the Philippine Supreme Court. So that litigation is proceeding. Hopefully it will end reasonably soon. And suppose it's affirmed by the higher courts in the Philippines. We must give it full faith and credit, right? So is this whole thing moot? Our understanding, PNB's interest in this is that it is a party to escrow agreements that obligate it to deliver the Arelma assets to whoever's- It doesn't have them. Which we do not. We have the shares, like, their shares that control the Arelma Corporation. Right. And so it is, PNB's interest is simply in maintaining the Arelma assets and delivering them to whoever is held to be the owner by the Philippine courts. All right. So Merrill Lynch is Arelma, it's your client's broker, right? Why doesn't it have an interest in seeing an accounting since it's the fiduciary to your client? I don't understand why it's just backed out of this whole thing when the ownership has been tentatively determined to be something that would affect you. And Merrill Lynch probably has to turn over a correct sum of money at some point. That is correct. Merrill Lynch will have to turn over the money. And I think you're quite right. It is a bit mysterious to me why Merrill Lynch has not taken the same position that PNB has, as they are both fiduciaries. They are yet another entity that I cannot speak for. But it is a bit mysterious to me. Okay. Thank you. Good afternoon. My name is Robert Swift, and I'm an attorney from Philadelphia. I've represented the plaintiff class, now represented by the estate of Mariano Pimentel, for over 23 years. This case is, I think, one of the longest-running cases in the circuit. It's our position that the account, not an accounting, but an account, was adequate, and that this case was, in fact, dismissed on September 10 of 2009. I'm not an accountant, but I don't understand a thing about this piece of paper. Can you tell me? Can you help me out? I mean, why are there all these purchases and sales of securities? There are $98 million of buys and $118 million of sales. Fortunately, the sales are bigger than the buys. That's a sign of relief, but it could have gone the other way. Now, since there were only something on the order of $35 million in there to begin with, how do these figures come about, the $98 million and the $118 million? I think the source of your concern is that this document- It's not a concern. It's a question. Did you hear the question? I think I did. Do you know the answer? Your Honor- Do you know the answer? This is not a- Do you know the answer? I guess I don't, Your Honor. Okay, then we'll go on to something else. This is not intended to be computational. This is informational, and there's a big difference. And the clerk's office is not- I don't understand one of those two terms. I thought computational was informational. Your Honor, I was the one who had asked that an accountant- You can't tell me how any of these figures come about, why there are $98 million in purchases. I can't tell you for two reasons. One is that I had nothing to do with it. It was done entirely by the clerk's office. And number two, I didn't have input into how it was done. I understand that the people whose money this is, if this were, for example, your account at a brokerage and they gave you something like this, you might want to say, gee, how do I know that they didn't take some of my money and go for a nice Hawaii vacation? Well, I guess in this case it wouldn't be a Hawaii vacation. Or you might say, gee, I want to know whether in making these- I mean, just to pick one thing because I'm looking at securities, that in making these sales in personal securities, these were prudent steps. You know, that they weren't sort of selling either unwisely or sweetheartly. I mean, this is the kind of thing, if this were your money, you would want to know. If this was a brokerage statement, you're right. I would want to know, Your Honor. Well, whether you knew it from the statement or not, you would want to know, since it was your money, if you wanted to know how come you got this- How would the- I mean, Mayor Lynch or the interested parties here know that this figure was correct? How could they check up on it? Well, first of all, they know that it's $1.1 million more than what was initially deposited. Yes, and so? And they can rely on the clerk's office and the honesty of the United States court system and the office of judicial administration that the clerk will- Never make mistakes? They never make mistakes? Well, I don't know that any body of government never makes mistakes. But that's why we have checks. That's why we have audits. That's why we have people to second-guess these things. And I'm just wondering, this is a practical matter. How do you think, if they wanted to say, be able to go- These lawyers want to go back to their clients and say, look, you can be certain that everything was done properly and above board. How can- Where do they go to get that assurance? Or do you think they're not entitled to that assurance? Well, what should have happened below is that the parties who objected to the account should have presented some evidence that the account was wrong, or they should have asked judgmental- To me, it looks wrong on its face. It just can't possibly be a single accounting of the original assets that were delivered to the clerk of the court, because you would start with the original assets. They were delivered a certain sum of equity, a certain sum of cash, delivered in that way, and then you should be able to see every transaction, and then see the transfer to the commingled account with the settlement, and see the transfer back. And I don't see any of that in this account, in this so-called accounting. Right. And if I was doing it, I would have done it differently, too. Why are you over there? I'm not over there, then. Why aren't you as interested, on behalf of your clients, to make sure that they didn't make a mistake in their favor? Mistakes are mistakes. Again, I'm assuming with you everybody's honest. But I have seen incompetence, even in the government. I believe I have. Did I misread your briefs? I thought you conceded the accounting was inadequate. No, not in the slightest. The issue was, and to answer your question, Judge Kaczynski, my interest as lead counsel for the class was in getting the money transferred to New York so that I could obtain a restraining order and initiate execution. Because following the Supreme Court decision, there was nothing that gave that money, or any right to that money, to the Philippine government. Partly because, and the evidence that this court reviewed, showed there is no evidence that belongs to the Philippine government. What their courts do is up to them. That's not for me to gainsay. But what I can tell you is there is no due process there. The United States courts have in-rem jurisdiction over this money, and in this case, the state of New York, which does not follow Rule 19b. Why does the state of New York have in-rem jurisdiction over that? Because that's where it's being held? Because it's in New York, and there's a state execution proceeding. And my interest was in obtaining a restraining order, which continues as to that money. So I was satisfied that the account, which showed an excess of $1.1 million, was reasonably accurate because all the clerk was really trying to do was show the bottom line. And again, this is not computational. It's an account. It was information presented. If all the clerk did was to present a document with a bottom line, we wouldn't be here today. The burden was on the parties opposing the account to say, well, wait a minute, we're not happy with this. Judge Reel, will you call the clerk in? Can we see their records? But you're being asked to reverse a decision below on a basis where there is no evidence that contradicts the account. Well, how about this? I mean, this was 80 years, $35 million. $1.1 million sounds like a really, really, really low return if you go back and think of what those years were. Could I interrupt you for a second? I'm sorry? Let me interrupt you in this respect. It's always a good idea. Well, I've read your article before the Montana Bar Association, so I understand that. But you are making an assumption, which is that this was all cash. And it wasn't. It was 90% securities. Your securities and my securities have all gone downhill as a result of this. Well, but only in the past two years. And this was going on. And so there is an argument that they didn't go all the way back downhill, and we're talking about when were the sums interpleaded? 2001, they were deposited with the court. I do think there's some reasonable suspicion to question what happened with that account. But also there is evidence, because there was that commingled period of time, and there's no accounting of that. And I gather that at some point, at one point, the clerk was not allowed to invest the money, so maybe it wasn't growing the way it should have. But after it was the stipulation, the clerk was allowed. I don't even understand how this works either. The clerk was allowed to invest the money and buy and sell securities. So who knows what happened? Well, I was the one that was proactive in getting a stipulation signed, partly to resolve a motion that was pending before this court. Did the court, did the district court approve that stipulation? I don't know that the stipulation was entered into in this court. Well, did anybody approve it? Because the copy I have doesn't have any court. It's my understanding that this court accepted it, but that there wasn't any one judge that signed it. But, again, it's a question of the procedures of this court. Certainly what happened was that all parties recognized that that was what was governing. That was the governing document. And it was binding on all the counsel who had signed. So you agreed in that once the funds were commingled, they were allowed to be used for investment purposes, to grow for purposes of cost recovery. That was my objective, Your Honor. Well, that's a good objective. That's very laudable. Had that not happened, the money would be worth around $20 million. Do you know that for sure? I've done the calculation by looking at some of the securities. You can look at some of the names of the securities there. And they've gone downhill pretty fast. That's not in our record. Well, I've looked at that list. When this was adjudicated... Let me ask you. We're sort of speculating here, in a sense, about what happened. Is there some reason why a public institution like a court, when it's dealing with other people's money, ought not to be transparent, ought not to give a full accounting, why this needs to be a secret? The answer isn't... I mean, we have all sorts of policies, some of them constitutional, dealing with openness of court proceedings and openness of court records. Why isn't this the kind of thing where, institutionally, the judiciary should want to be transparent, just so that there's no suspicion that there was some favoritism? Misconduct or anything of that sort. That happened below. Why should this be a secret? That happened below. I'm the one who asked for the account initially. And Judge Reel ordered that. At the same time, he dismissed the case. Well, that was informational and not arithmetical either. Or computational either. He just gave a bunch of more figures. He says, here, take my word. This number was this, and this other number was this. It didn't quite match what was here. If you line them up, they didn't match. But why are those figures any more informational or any more useful than these figures? Well, I think the effort on the clerk's part was to try to provide the parties with more information than they had. But there was no format. I mean, the clerk must have these records. If I understand correctly, if you don't know, say, I don't know. But as I understand what happened is the money and securities go in. They open up an account at Bank of Hawaii, was it? I believe so. Some of these entities changed names in the middle. But I think it was Bank of Hawaii. And Bank of Hawaii is like every other bank or brokerage that I've ever dealt with, is every month you get a statement. Every month you get a statement saying, you know, you put in a million dollars. And today it's worth $1.03 million because you've had interest and dividends, you know, whatever. And then every month there is a, you can sort of track what happens to the money, good or bad. Recently, a lot of it has been bad. But one way or the other, it's accounted for. Is there some reason why those records, which must exist, shouldn't have been disclosed? No, Your Honor. They could have been disclosed below had the objectors asked for that. But that's why we have proceedings below. That's why you expect the proceedings below. So you think they waived it by not asking the right question? I do. Just like a party that goes to a trial and doesn't put in any evidence can't question it on appeal and say, well, gee, if given the chance, I would have put in this evidence. Your Honor, what do you think he'll say when I ask him on rebuttal why he didn't, you know, just to see if he'll participate because you're not going to give him another chance to talk. What's he going to say in response to that? He'll say he didn't have a chance, I suppose, Your Honor. But there were three hearings. We asked for it. They gave us this. Then we said, wait a minute, this isn't appropriate. And we can't figure out which end is up on this accounting. We need more information. Police asked for an account. We sent it to them. They even asked for a special master. Maybe that was your prior counsel. Somebody asked for a special master to be appointed and to go through all the accounts. And Judge Rill said no. Well, why isn't that good enough? See, that's what I myself imagined the reply would be. So what is your settle button to that? Why isn't that good enough? When you ask the court, like, what's he supposed to do? Stand up in court and start shouting? Judge Rill's courtroom. Because this is what good lawyers do in the court below. They make those kinds of requests. The transcripts don't show that they made that. Personally, I would have asked Judge Rill to call the clerk of court in and bring the records with him and explain this so that I would be satisfied with the accounting that was done. But Judge Nelson had raised a point that I just simply wanted to mention in passing, which is that under the stipulation, it was my intention, certainly, that any benefit from the investment of these monies from 2004 to 2008 would go, would inert at the benefit of the class. Is that how you read the stipulation? That it was to go for the benefit of the settlement class as to the interest between 2004 and 2008? Certainly the interest before 2004 would not be part of that. That's right. That's right. And you'll notice in the account that they list the interest and the dividends. And then there's another item, which is other receipts of $8.7 million, which opposing counsel never even bothered to mention in the papers. There are significant monies here that are disclosed. And if anything, the work should have been done before it reached this court. It's not that this court should have to ask the kinds of questions you had to ask. And it's not Judge Rill's fault, because it was the clerk that presented it, and it was the bottom line that was material. Unless you have other questions, I will. So thank you. Thank you. We'll give you a minute for rebuttal. Thanks very much, Your Honor. I'll just tick off a couple of very quick points. First on the question of did we make the right request of Judge Rill, I can point the Court to excerpts of record, pages 10 to 12, 19, 100 to 101, where we object to the adequacy of the counting and say that additional information must be provided. It was quite clear that Judge Rill had no patience for that and that he was not going to – I think had we suggested calling in the clerk to be deposed, that would not have been fairly received by Judge Rill. So I think that we made all of the efforts that reasonably could have been expected to call the Court's attention to the problem and to seek additional information Do you agree with your opposing counsel's understanding of the stipulation's intent that any interest on your money would belong to the – the money would belong to the class at the end – at the resolution of this case? Absolutely not, Judge Rill. Reading the stipulation, it says, and I'm reading here from page 113 of the excerpts of record, interclear funds may be transferred to and shall be kept by the clerk of the District of Hawaii in the fund in the clerk's office for the MDL for the duration of the instant appeal, where the fund shall be in custodial letters. It says nothing at all about the interest – interest in those funds. What was the purpose of doing that, then, since it was clearly – it was being clearly appealed to the Supreme Court whether or not the convental class was entitled to the funds in the first place? Again, I think that this was regarded, at least by PNB and the Republic of the Philippines, as a housekeeping matter, that, Judge Rill, I enter judgment for the class, rather than seeking the stay of the judgment from Judge Rill, which might not have been successful, and then having to come to this Court, that this was a way of satisfying counsel for all parties, that the funds would just stay in one place and not be dispersed to the class, which is a concern of PNB and the Republic of the Philippines. So I think this – again, this was just a housekeeping mechanism, at least so it was viewed on our side. I think there was no contemplation that any interest in these assets, which the parties are litigating over, would be turned over to the other side. It's not apparent to me why the PNB would ever agree to do such a thing, or the Republic of the Philippines. Okay. Thank you. Great. Thanks very much. The case is argued. We'll resubmit it. Thank counsel for this fine argument. We'll take a brief recess. Thank you.
judges: Kozinski, Nelson D. W., Wardlaw